### LEMPIE CHRISTINE OLSEN vs. UNO ILVONEN.

Knox County.  Decided February 9, 1924.  This was a bastardy proceeding tried at the September Term of the Supreme Judicial Court for Knox County.  The jury returned a verdict of guilty, and the case is before us on a general motion for a new trial, and also a motion on the ground of newly-discovered evidence.

As to the general motion.

A careful examination of the record discloses a case replete with conflicting testimony, and in which important testimony of the complainant is corroborated by the testimony of the defendant. We are not convinced that the verdict is clearly wrong.  On the contrary, our view of the record is that there was sufficient evidence to support the verdict.  The parties have had a fair trial without prejudicial error in law.  The weight to be attached to the testimony, and the credibility of the witnesses, were questions to be answered properly by the jury alone.  With their conclusion in the instant case, we are not authorized to interfere.

Newly-discovered evidence.

The record presented has received our careful consideration, and our conclusion is that the additional testimony is not of such character, weight and value, considered in connection with the evidence already in the case, that it seems to the court probable that on a new trial, with the additional evidence, the result would be changed.  Further it does not appear that injustice is likely to be done if a new trial is refused.  The entry will be,  Motions overruled.  Judgment on the verdict.  *George E. Thompson*, for plaintiff.  *Henry L. Withee*, for defendant.

---

### HARRY DALTON vs. NORMAN SMITH.

Cumberland County.  Decided February 26, 1924.  Action of replevin of two wagons.  The defendant pleaded title in himself. The verdict was in favor of the plaintiff and the case is before the